| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Ball, Franklin K. | 2. Court or Organization<br><br>U.S. District Court - Mississippi Southern District | 3. Date of Report<br><br>07/12/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. District Courts
U.S. Court House
501 East Court Street, Suite 5.150
Jackson, MS 39201

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Federal Judge | U.S. District Court for Southern District of Mississippi |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2002 | Currie Johnson Griffin Gaines 401(k) Plan was rolled over to IRA on 6-12-12 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/12/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/12/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citi Bank - Visa | Credit Card | J |
| 2. | Discover Card | Credit Card | J |
| 3. | USAA Mastercard | Credit Card | J |
| 4. | Bankplus | Line of Credit | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Checking Account #XXXXXX6225 | A | Interest | J | T | | | | | |
| 2. Currie Johnson Griffin Gaines - ING Retirement Account | | None | | | | | | | |
| 3. - American Growth Fund F | A | Dividend | | | Sold | 06/12/12 | J | A | |
| 4. - American Euro Growth Fund | A | Dividend | | | Sold | 06/12/12 | J | A | |
| 5. - Davis NY Venture Fund A | A | Dividend | | | Sold | 06/12/12 | J | A | |
| 6. - Baron Growth Fund | A | Dividend | | | Sold | 06/12/12 | J | A | |
| 7. - American Central Intl Bond A | A | Dividend | | | Sold | 06/12/12 | J | A | |
| 8. - Lazard Emrg Mrkts Port - O | A | Dividend | | | Sold | 06/12/12 | J | A | |
| 9. - Columbia Intermed Bond Z | A | Dividend | | | Sold | 06/12/12 | J | A | |
| 10. - Jan Perk Small Cap T | A | Dividend | | | Sold | 06/12/12 | J | A | |
| 11. Solomon Financial Fidelity Investments (Joint **918) | | None | | | | | | | |
| 12. - FCASH Account | A | Dividend | J | T | | | | | |
| 13. Charles Schwab Investment Account (IRA) owned by wife | | None | | | | | | | |
| 14. - Intel Corporation | A | Dividend | J | T | | | | | |
| 15. - LSI Corporation | A | Dividend | J | T | | | | | |
| 16. - Standard PAC Corp New | A | Dividend | J | T | | | | | |
| 17. Charles Schwab Investment Account (Regular Acct) Wife Owned | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Euro Disney SCA Ord NewF | A | Dividend | | | Sold | 05/10/12 | J | A | |
| 19. 25% interest in Brier Creek Investments, LLC (Owned by Wife) | B | Int./Div. | J | U | | | | | |
| 20. Mortgage Company Escrow Accounts for Insurance and Taxes | | None | J | W | | | | | |
| 21. Stephen's Investment Account For Child #1(ACB) | | None | | | | | | | |
| 22. - American Funds Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 23. - American Funds New Perspective Fund Class A | A | Dividend | J | T | | | | | |
| 24. - American Funds Washington Mutual Fund Class A | A | Dividend | J | T | | | | | |
| 25. Stephen's Investment Account for Child #2 (SMB) | | None | | | | | | | |
| 26. - American Funds Grwoth Fund of America Class A | A | Dividend | J | T | | | | | |
| 27. -American Funds New Perspective Fund Class A | A | Dividend | J | T | | | | | |
| 28. - American Funds Washington Mutual Fund Class A | A | Dividend | J | T | | | | | |
| 29. Stephen's Investment Account for Child #3 (CKB) | | None | | | | | | | |
| 30. - AMerican Funds Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 31. - American Funds New Perspective Fund Class A | A | Dividend | J | T | | | | | |
| 32. - American Funds Washington Mutual Fund Class A | A | Dividend | J | T | | | | | |
| 33. Stephen's Investment Account for Child #4 (IVB) | | None | | | | | | | |
| 34. - American Funds Growth Fund of America Class A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Americna Funds New Perspective Fund Class A | A | Dividend | J | T | | | | | |
| 36. - American Funds Washington Mutula Fund Class A | A | Dividend | J | T | | | | | |
| 37. Stephen's Investment Account for Child #5 (WCB) | | None | | | | | | | |
| 38. - American Funds Growth Fund of America Class A | A | Dividend | J | T | | | | | |
| 39. - American Funds New Perspective Fund Class A | A | Dividend | J | T | | | | | |
| 40. - American Funds Washington Mutual Fund Class A | A | Dividend | J | T | | | | | |
| 41. Denbury Onshore Minerals located in Madison County, MS | B | Royalty | J | W | | | | | |
| 42. Bankplus Checking Account (****0744) | A | Interest | J | T | | | | | |
| 43. Solomon Financial Advisors - Rollover IRA (Filer) | | None | | | | | | | |
| 44. - Fidelity Cash Reserve | A | Dividend | J | T | | | | | |
| 45. Fidelity Convertible Securities | A | Dividend | | | Buy | 01/12/12 | J | | |
| 46. | | | | | Sold | 03/07/12 | J | A | |
| 47. Janus Overseas Fund | A | Dividend | | | Buy | 01/12/12 | J | | |
| 48. | | | | | Sold | 05/18/12 | J | A | |
| 49. Columbia Technology | A | Dividend | | | Buy | 01/12/12 | J | | |
| 50. | | | | | Sold | 06/22/12 | J | A | |
| 51. Janus Overseaas Fund | A | Dividend | | | Buy | 03/07/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 06/22/12 | J | A | |
| 53. Pioneer Cullen Value A Fund | A | Dividend | | | Buy | 02/22/12 | J | | |
| 54. | | | | | Sold | 06/22/12 | J | A | |
| 55. Janus Overseas Fund | A | Dividend | | | Buy | 05/01/12 | J | | |
| 56. | | | | | Sold | 07/18/12 | J | A | |
| 57. PIMCO Developing Local Markets Fund | A | Dividend | | | Buy | 01/12/12 | J | | |
| 58. | | | | | Sold | 08/24/12 | J | A | |
| 59. Columbia Income Z Fund | A | Dividend | | | Buy | 06/25/12 | J | | |
| 60. | | | | | Sold | 12/12/12 | J | A | |
| 61. Janus Research Fund | A | Dividend | | | Buy | 01/12/12 | J | | |
| 62. | | | | | Sold | 12/12/12 | J | A | |
| 63. Jensen | A | Dividend | | | Buy | 02/22/12 | J | | |
| 64. | | | | | Sold | 12/12/12 | J | A | |
| 65. T Rowe Price Blue Chip Growth Fund | A | Dividend | | | Buy | 01/12/12 | J | | |
| 66. | | | | | Sold | 12/12/12 | J | A | |
| 67. Eaton Vance Floating Rate Fund | A | Dividend | J | T | Buy | 01/12/12 | J | | |
| 68. Mainstay High Yield Fund | A | Dividend | J | T | Buy | 04/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Templeton Global Bond Fund | A | Dividend | J | T | Buy | 01/12/12 | J | | |
| 70. American Cent Equity Growth Fund | A | Dividend | J | T | Buy | 12/13/12 | J | | |
| 71. Janus Research Fund | A | Dividend | J | T | Buy | 02/22/12 | J | | |
| 72. JPMorgan Disciplined Equity A Fund | A | Dividend | J | T | Buy | 12/13/12 | J | | |
| 73. T Rowe Price Healthcare Fund | A | Dividend | J | T | Buy | 02/22/12 | J | | |
| 74. TIAA- CREF Growth & Income Inst Fund | A | Dividend | J | T | Buy | 12/13/12 | J | | |
| 75. Oppenheimer Developing Markets Y Fund | A | Dividend | J | T | Buy | 01/12/12 | J | | |
| 76. Oppenheimer International Growth Y Fund | A | Dividend | J | T | Buy | 05/21/12 | J | | |
| 77. Thornburg Int'l Value A Fund | A | Dividend | J | T | Buy | 01/12/12 | J | | |
| 78. Columbia Acorn Fund | A | Dividend | J | T | Buy | 01/12/12 | J | | |
| 79. Rainier Mid Cap Equity Fund | A | Dividend | J | T | Buy | 01/12/12 | J | | |
| 80. Pimco Commodity Real Return Fund | A | Dividend | J | T | Buy | 01/12/12 | J | | |
| 81. ING Global Real Estate Fund | A | Dividend | J | T | Buy | 01/12/12 | J | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |
| 84. | | | | | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/12/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/12/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Ball, Franklin K. | 07/12/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Franklin K. Ball**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544